UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH FORAN,

            Plaintiff,

    v.

ULTHERA, INC., et al.,

            Defendants.

Case No.  1:20-cv-00267-DAD-BAM

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT**

(Doc. No. 12)

Currently before the Court is a stipulation to extend the time for Defendants Ulthera, Inc., Merz Incorporated, and Merz North America, Inc. ("Defendants") to respond to the complaint. (Doc. No. 12.)

Local Rule 144(a) provides that "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation.  All other extensions of time must be approved by the Court."  Requests for extension of time must set forth the total period of extensions already obtained by the parties as to the particular matters for which the extension is sought.  L.R. 144(b).

Here, the parties' stipulation represents that they have agreed to extend Defendants' time to respond to the complaint to April 22, 2020.  (Doc. No. 12.)  However, the parties previously stipulated to extend Defendants' time to respond to the complaint to April 13, 2020. (Doc. No. 7.) The stipulation currently before the Court does not set forth the prior extension obtained by the parties and no proposed order is provided.  (*Id.*)  *See* L.R. 137(c).

1

As this is not an initial stipulation, Court approval is required. Based upon the parties' consent to the amended deadlines as well as the limited extension sought, and in the interest of justice, the Court finds that the parties' request is warranted and no prejudice will result.

Accordingly, IT IS HEREBY ORDERED that Defendants Ulthera, Inc., Merz Incorporated, and Merz North America, Inc. shall file and serve their responses to the complaint on or before April 22, 2020.

IT IS SO ORDERED.

Dated: __**April 7, 2020**__ 　　　　　　　 ___/s/ _Barbara A. McAuliffe_____
　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

2