1  Whitney, Thompson & Jeffcoach LLP
   Mandy L. Jeffcoach, #232313
2     mjeffcoach@wtjlaw.com
   8050 N. Palm Avenue, Suite 110
3  Fresno, California 93711
   Telephone:    (559) 753-2550
4  Facsimile:    (559) 753-2560

5

6  Attorneys for ULTHERA, INC., MERZ
   INCORPORATED and MERZ NORTH
   AMERICA, INC.
7

8

9                     UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

| 12 | ELIZABETH FORAN, | Case No. 1:20-cv-00267-DAD-BAM |
|---|---|---|
| 13 | Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| 14 | v. | |
| 15 | ULTHERA, INC., a Delaware corporation; MERZ INCORPORATED, a North Carolina corporation; MERZ NORTH AMERICA, a North Carolina corporation, | (Doc No. 14) |
| 16 | | |
| 17 | Defendant. | |
| 18 | | |

19      Currently before the Court is the parties' third stipulation to extend the time for Defendants

20  Ulthera, Inc., Merz Incorporated, and Merz North America, Inc. ("Defendants") to respond to the

21  complaint.  According to the stipulation, the parties are in the process of meeting and conferring

22  regarding potential deficiencies with the complaint, but counsel has had difficulty engaging in

23  these efforts due to limited staff and the impact of the COVID-19 pandemic.  (Doc. No. 14.)

24      The parties filed their stipulation for an extension of time on April 21, 2020, after the

25  deadline for Defendants' response had lapsed.  *See* Local Rule 144(d) ("Counsel shall seek to

26  obtain a necessary extension from the Court . . . as soon as the need for an extension becomes

27  apparent.  Requests for Court-approved extensions brought on the required filing date for the

28  pleading or other document are looked upon with disfavor.").  Nonetheless, pursuant to the

260.0 05420055.000

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1 stipulation of the parties and in light of the difficulties caused by the COVID-19 pandemic, the
2 Court finds good cause to grant the requested extension.
3     Accordingly, IT IS HEREBY ORDERED that Defendants' response to the complaint shall
4 be filed and served on or before May 4, 2020.  The parties are advised that any future extensions
5 will require demonstrated showing of good cause.  Good cause may consist of the inability to
6 comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should
7 be explained.

9 IT IS SO ORDERED.

10     Dated:   **April 22, 2020**            /s/ *Barbara A. McAuliffe*
11                                             UNITED STATES MAGISTRATE JUDGE