UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FORAN, | Case No. 1:20-cv-00267-DAD-BAM |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| ULTHERA, INC., a Delaware corporation; MERZ INCORPORATED, a North Carolina corporation; MERZ NORTH AMERICA, a North Carolina corporation, | (Doc. No. 19) |
| Defendants. | |

On May 14, 2020, the parties filed a stipulation to continue the Initial Scheduling Conference currently set for June 2, 2020.  The parties explain that Defendants Ultehra, Inc., Merz Incorporated, and Merz North America filed a motion to dismiss on May 4, 2020, with a hearing date of June 16, 2020.  The parties acknowledge that a hearing will not occur unless deemed necessary by the Court.[1]  (Doc. No. 19.)

Based on the pending motion to dismiss, and in an effort to conserve the parties' and the Court's resources, the parties request that the Court continue the Initial Scheduling Conference "until 45 days following the Court's ruling on Defendants' Motion to Dismiss, in the event the

---

[1] The hearing date, however, continues to govern the deadlines for opposition and reply briefs pursuant to Local Rule 230(c). (*See* Doc. No. 18.)

1

Motion is not granted." (*Id.* at 2.)  Although filed as a stipulation to continue, the Court construes the parties' request as a stipulation to stay this case pending resolution of Defendants' Motion to Dismiss.

     Pursuant to the parties' joint request, and good cause appearing, this action is HEREBY STAYED pending resolution of Defendants' Motion to Dismiss.  A Scheduling Conference will be reset, as necessary, following an order on Defendants' Motion to Dismiss.

IT IS SO ORDERED.

    Dated:  **May 18, 2020**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE