UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FORAN,<br><br>                Plaintiff,<br><br>        v.<br><br>ULTHERA, INC., a Delaware<br>corporation; MERZ NORTH AMERICA,<br>a North Carolina corporation,<br><br>                Defendants. | Case No. 1:20-cv-00267-KES-FJS<br><br>ORDER REQUIRING PLAINTIFF TO<br>FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 78) |

On May 27, 2026, the parties filed a joint notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than June 26, 2026.  (ECF No. 78.)  Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than June 26, 2026.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE