UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FORAN,<br><br>      Plaintiff,<br><br>   v.<br><br>ULTHERA, INC., a Delaware Corporation, et al.,<br><br>      Defendants. | Case No.  1:20-CV-00267-KES-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 80) |

On June 22, 2026, Plaintiff Elizabeth Foran filed a joint notice of voluntary dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 80.) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

   Dated:   **June 24, 2026**                                                                 

                                                    UNITED STATES MAGISTRATE JUDGE